## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date: July 15, 2015
Courtroom Deputy: Emily Buchanan
FTR Technician: Kathy Terasaki

---

Civil Action No. 15-cv-00683-RPM            Counsel:

LINDA ROBBINS, also known as Lynn           Jay Swearingen
Robbins,

    Plaintiff,

v.

CITY OF GREELEY, COLORADO,                  Matthew Hader

    Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**1:52 p.m.       Court in session.**

Before the Court today is City of Greeley's Motion to Dismiss.

Opening remarks by the Court.

Mr. Swearingen provides clarification to the Court regarding claims.

Court hears from Mr. Hader.

**ORDERED:** City of Greeley's Motion to Dismiss (Doc. No. 12) is **DENIED**.

**ORDERED:** Counsel shall work together and file a stipulated statement of facts on or before **August 29, 2015**. Plaintiff shall also file a motion for summary judgment challenging the constitutionality of the municipal ordinances.

**2:20 p.m.       Court in recess.**
**Hearing concluded.   Total time:   28 minutes.**