# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                 December 30, 2015
Courtroom Deputy:     Robert R. Keech
FTR Technician:       Kathy Terasaki

---

Civil Action No.  **15-cv-00683-RPM**          Counsel:

**LINDA ROBBINS (aka Lynn Robbins)**,          Jay W. Swearingen

    Plaintiff,

v.

**CITY OF GREELEY, COLORADO**,                 Matthew R. Hader

    Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING:** Plaintiff's Motion for Summary Judgment [ECF Doc. No. 20], filed September 18, 2015

**9:59 a.m.**      **Court in session.**

    Court calls case.

    Appearances of counsel.  Plaintiff, Linda Robbins, is also present.

    Plaintiff's Motion for Summary Judgment [ECF Doc. No. 20], filed September 18, 2015, is raised for argument.

10:07 a.m.      Argument by Plaintiff by Mr. Swearingen.

10:18 a.m.      Argument by Defendant by Mr. Hader.

10:32 a.m.      Argument by Plaintiff by Mr. Swearingen.

**ORDERED:** Plaintiff's Motion for Summary Judgment [ECF Doc. No. 20], filed September 18, 2015, is **TAKEN UNDER ADVISEMENT.**

Court indicates a written order shall follow.

**10:41 a.m.**     **Court in recess.**  **Hearing concluded.**

**Total time:   42 minutes.**