IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00683-RPM

LINDA ROBBINS (aka Lynn Robbins),

    Plaintiff,

v.

CITY OF GREELEY, COLORADO,

    Defendant.

_____

ORDER DETERMINING CLAIM FOR RETURN OF DOGS AND FOR FURTHER PROCEEDINGS
_____

In the Parties Joint Proposed Scheduling Procedure and Statement [Doc. 34] the plaintiff proposes a briefing schedule to address the plaintiff's claim that she is entitled to the return of her dogs seized from her on August 14, 2012.  It is not necessary to brief the question of the authority of this Court to provide that remedy.  Apart from the fact that tracing the disposition of the dogs that have been adopted from the Weld County Humane Society to their present owners would be a difficult and expensive procedural undertaking unduly prolonging this civil action, it is clear that an order for return of those adopted dogs would be a violation of the property rights of those who now have the dogs.  Accordingly no such order will be entered in this case.

The only remedy that this Court can grant at this time is an award of damages. The parties have suggested a mediation to attempt an agreement on damages. Accordingly it is

ORDERED, that the suggestion of an order for the return of the subject dogs is denied, and it is

FURTHER ORDERED that the determination of an appropriate award of damages will be referred to Magistrate Judge Nina Y. Wang for settlement. If no settlement is reached, upon notification this Court will convene a scheduling conference to determine what discovery is required and to set a date for jury trial.

DATED: March 9th, 2016

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge